

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE OF INTENT TO DISMISS FOR WANT OF JURISDICTION

Appellate case name:  Prophet Ronald Dwayne Whitfield v. Clear Lake Nissan and Santander Consumer USA, Inc.

Appellate case number:  01-15-00645-CV

Trial court case number:  2015-22666

Trial court:  333rd District Court of Harris County

The Court has directed me to notify you that, after a review of the first supplemental clerk's record on indigence and the notice of appeal, this Court may dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). Appellant is attempting to appeal from the trial court's interlocutory order, signed on July 24, 2015, which granted the defendant's motion to compel arbitration and for stay of case, but which did not dismiss the case. *See In re Gulf Exploration, LLC*, 289 S.W.3d 836, 840 (Tex. 2009) (orig. proceeding) (noting exception to no-interlocutory-review over orders compelling arbitration in which "[c]ourts may review an order compelling arbitration if the order also *dismisses* the underlying litigation so it is final rather than interlocutory.") (emphasis added). While there is interlocutory review over an order denying a motion to compel arbitration, *see* TEX. CIV. PRAC. & REM. CODE ANN. § 51.016 (West Supp. 2014), "there is no interlocutory appeal over an order *granting* a motion to compel arbitration. . . ." *Bashaw v. Republic State Mortgage Co.*, No. 01–14–00427–CV, 2014 WL 4374121, at *1 (Tex. App.—Houston [1st Dist.] Sept. 4, 2014, no pet.) (per curiam) (mem. op.) (emphasis added) (internal quotation marks and citations omitted).

Accordingly, unless appellant files a written response to this notice, providing an explanation, citing relevant portions of the record, statutes, rules, or case law to show that this Court has jurisdiction over this interlocutory appeal, this appeal may be dismissed for want of jurisdiction without further notice. *See* TEX. R. APP. P. 42.3(a), (c). Appellant's response, if any, is due in this Court **within 10 days** from the date of this notice.

Clerk's signature:  _____

Date: September 18, 2015